**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DYNAMIC DATA TECHNOLOGIES, LLC, | Civil Action No._____ |
| *Plaintiff,* | |
| v. | JURY TRIAL DEMANDED |
| MAXLINEAR, INC., AMINO TECHNOLOGIES (US) LLC, AND AMINO COMMUNICATIONS LLC, | |
| *Defendants*. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Dynamic Data Technologies, LLC ("Dynamic Data") brings this action and makes the following allegations of patent infringement relating to U.S. Patent Nos. 6,639,944 (the "'944 Patent") and 6,760,376 (the "'376 Patent" and collectively, the "Patents-in-Suit"). Defendants MaxLinear, Inc., Amino Technologies (US) LLC, and Amino Communications LLC (collectively, the "Defendants") infringe each of the patents-in-suit in violation of the patent laws of the United States of America, 35 U.S.C. § 1 *et seq*.

### DYNAMIC DATA'S PATENT PORTFOLIO

1.      Dynamic Data owns patents issued by the United States Patent and Trademark Office, including each of the patents-in-suit.  Further, Dynamic Data owns patents issued by the State Intellectual Property Office of the People's Republic of China,[1] the European Patent Office,[2]

---

[1] *See, e.g.*, CN100456831, CN1157053, and CN1199448.

[2] *See, e.g.,* European Patent Nos. EP1090502, EP1101354, EP1334613, and EP1393572.

the German Patent and Trademark Office,[3] the Japan Patent Office,[4] and many other national patent offices.

2.    The patent families of patents-in-suit have been cited in numerous international patents and patent applications assigned to a wide variety of the largest companies operating in the field.  The patents-in-suit have been cited by companies such as:

- Samsung Electronics Co., Ltd.[5]
- Cisco Systems, Inc.[6]
- Avago Technologies[7]
- Micron Technology, Inc.[8]
- Marvell Technology Group Ltd.[9]
- Intel Corporation[10]
- Toshiba Corporation[11]
- Synaptics, Inc.[12]
- Hitachi Ltd.[13]
- Sharp Corporation[14]

---

[3] *See, e.g.,* German Patent Nos. DE60024389, DE60040517, and DE60126642.

[4] *See, e.g.,* Japanese Patent Nos. JP4053422, JP4242656, JP4398099, and JP4440477.

[5] *See, e.g.*, U.S. Patent Nos. 7,840,096 and 8,638,393.

[6] *See, e.g.*, U.S. Patent No. 7,660,471.

[7] *See, e.g.*, U.S. Patent No. 7,630,566.

[8] *See, e.g.*, U.S. Patent No. 6,987,866.

[9] *See, e.g.*, U.S. Patent Nos. 8,520,771; 8,542,725; 8,565,325; 8,681,893; 8,897,393; 8,902,726; 8,908,754; 8,942,312; 8,948,216; and 8,953,661.

[10] *See, e.g.*, U.S. Patent No. 8,405,769.

[11] *See, e.g.*, U.S. Patent No. 8,189,104.

[12] *See, e.g.*, U.S. Patent Nos. 8,498,342; 8,761,261; and 8,902,994.

[13] *See, e.g.*, U.S. Patent No. 7,944,504.

[14] *See, e.g.*, U.S. Patent No. 8,736,767.

## THE PARTIES

### DYNAMIC DATA TECHNOLOGIES, LLC

3.      Dynamic Data Technologies, LLC ("Dynamic Data" or "Plaintiff") is a limited liability company organized under the laws of Delaware.  Dynamic Data carries on the patent licensing work conducted by the assignees of the patents now owned by Dynamic Data.  Dynamic Data pursues the reasonable royalties owed for Defendants' use of the inventions claimed in the patents-in-suit, both here in the United States and throughout the world.

### MAXLINEAR, INC., AMINO TECHNOLOGIES (US) LLC, AND AMINO COMMUNICATIONS LLC

4.      MaxLinear, Inc. is a Delaware corporation with its principal place of business located at 5966 La Place Court Suite 100, Carlsbad, California 92008.  MaxLinear, Inc. may be served through its registered agent the Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

5.      Amino Technologies (US) LLC is a Delaware limited liability company[15] with its principal place of business located at Stevens Creek Boulevard, Suite 400, Cupertino, California 95014.  Amino Technologies (US) LLC may be served through its registered agent The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, Delaware 19801.

6.      Amino Communications LLC is a Delaware limited liability company.[16]  Amino Communications LLC may be served through its registered agent Universal Registered Agents, Inc., 12 Timber Creek Lane, Newark Delaware 19711.  Amino Communications LLC owns the

---

[15] AMINO TECHNOLOGIES ANNUAL REPORT 2018 at 82 (2019)

[16] *Id.*

entire share capital of Amino Technologies (US) LLC.[17]  Amino Communications LLC and Amino Technologies (US) LLC (collectively, "Amino") market and sell AminoVU devices in the United States.

7.     Amino applied for a grant of equipment authorization from the United States Federal Communications Commission.  Amino has received grants of equipment authorization for its Aria 6 and Aria 7 devices from the Federal Communications Commission.  *See XVG50-0102-RT-22 Grant of Equipment Authorization*, FEDERAL COMMUNICATIONS COMMISSION (4/25/2018) (certificate issued for "model: Aria6/7 of Set top box"); *XVG50-0102-BT-00 Grant of Equipment Authorization*, FEDERAL COMMUNICATIONS COMMISSION (4/23/2018) (certificate issued for "model: Aria6/7 of Set top box"); and *XVG50-0102-R4-00 Grant of Equipment Authorization*, FEDERAL COMMUNICATIONS COMMISSION (4/24/2018) (certificate issued for "model: Aria6/7 of Set top box").

---

[17]    *Amino Company Structure*, AMINO INVESTOR WEBSITE, available at: https://investor.aminocom.com/about-us/company-structure (last visited October 2019).



Amino grants of equipment authorization from the Federal Communications Commission for the Aria 6 and Aria 6 devices.  *(Left to right: XVG50-0102-RT-22 Grant of Equipment Authorization*, Federal Communications Commission (4/25/2018); *XVG50-0102-BT-00 Grant of Equipment Authorization*, Federal Communications Commission (4/23/2018);  and *XVG50-0102-R4-00 Grant of Equipment Authorization*, Federal Communications Commission (4/24/2018)).

## Jurisdiction And Venue

8.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  Accordingly, this Court has exclusive subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

9.      This Court has personal jurisdiction over MaxLinear, Inc., Amino Technologies (US) LLC, and Amino Communications LLC as each is at home in the State of Delaware, where each is incorporated and has a registered agent for service of process.  In addition, Defendants transact and conduct business in and with residents of the State of Delaware.  Dynamic Data's causes of action arise, at least in part, from Defendants' contacts with and activities in the State of Delaware.  Defendants have committed acts of infringement within the State of Delaware by, *inter alia*, directly and/or indirectly making, selling, offering for sale, importing, and/or using products

that infringe one or more claims of the Patents-in-Suit.  Defendants, directly and/or through intermediaries, use, sell, ship, distribute, import into, offer for sale, and/or advertise or otherwise promote products throughout the United States, including in the State of Delaware.

10.    Defendants regularly conduct and solicit business in, engage in other persistent courses of conduct in, and/or derive substantial revenue from goods and services provided to, residents of the State of Delaware.

11.    Venue is proper in this district under 28 U.S.C. § 1400(b) and 28 U.S.C. §§ 1391(b)(1), (b)(2).  For purposes of §1400(b), each Defendant is incorporated in Delaware and/or formed under the laws of Delaware and therefore resides within this District.  For purposes of § 1391(b)(1), (b)(2), each Defendant resides in the District of Delaware by virtue of being incorporated in Delaware and is formed under the laws of Delaware.

### MAXLINEAR AND AMINO'S SHARED ENTERPRISE

12.    Joinder of the Defendants is proper under 35 U.S.C. § 299.  The allegations of patent infringement contained herein arise out of the same series of transactions or occurrences relating to the importing into the United States and/or making, using, selling, or offering for sale within the United States, the same products accused of infringing the patents-in-suit, including, MaxLinear Full-Spectrum Capture (FSC) & Narrowband Tuners and Demodulators (*e.g.,* MxL683 Single-Chip, ISDB-T/SBTVD-T Tuner and Demodulator) that are incorporated into the AminoVU client devices (collectively, the "MaxLinear-Amino Products(s)").

13.    MaxLinear's CEO Kishore Seendripu has identified that MaxLinear's terrestrial tuners and demodulators as the driver in the development of set-top boxes such as the accused MaxLinear-Amino products.  "However, the big growth will come through -- the growth will really be stronger growth in terrestrial set-top boxes, primarily driven by the ISDB-T tuner demodulator

SoCs, and also some DBT terrestrial tuner de-mod SoCs that they've got the major win at operators."   MAXLINEAR, INC. EARNINGS CALL TRANSCRIPT Q4 2014 (February 9, 2015) (transcript prepared by Thomason Reuters).

14.     MaxLinear is in the business of making, selling, offering to sell, licensing and distributing full-spectrum capture and narrowband tuners and demodulators that enable operators to deliver multi-channel and multi-screen services.   The MaxLinear digital tuners and demodulators support all worldwide terrestrial standards including ATSC/QAM, DVB-T2/T, and ISDB-T.  The MaxLinear digital tuners and demodulators are licensed and distributed for use in video image up conversion units that use motion compensation to generate an interpolated field using motion vectors. *See MaxLinear's New Low-Cost USB Dongle Reference Design Brings Broadcast HDTV to Latin American Consumers*, MAXLINEAR PRESS RELEASE (August 14, 2014) ("brings digital broadcast high-definition (HD) TV to consumers").

15.     MaxLinear digital tuners and demodulators are specifically developed, marketed, licensed and distributed by MaxLinear to be used in set-top boxes such as the AminoVU client devices. *See* MAXLINEAR 2018 FORM 10-K at 10 (February 5, 2019) ("We provide our customers with guidelines, known as reference designs, so that they can efficiently use our products in their product designs.").

16.     MaxLinear has entered into agreements with third parties that require MaxLinear have approval and control over devices such as the AminoVU client devices that incorporate MaxLinear's Full-Spectrum Capture (FSC) & Narrowband Tuners and Demodulators.   For example, MaxLinear entered into an agreement with Texas Instruments (the "TI Agreement") that covers the MaxLinear tuners and demodulators that are present in the AminoVU client devices.

The TI Agreement requires MaxLinear to place restrictive conditions on Amino when the MaxLinear tuners and demodulators are incorporated in the AminoVU client devices.

> The license set forth in this Subsection 2(a) <u>does not include</u> the right to reproduce, execute, display, perform, import, sell, distribute and have distributed, or use the Licensed Technology apart from a Product and Reference Designs. For the sake of clarity, the distribution rights granted in this Section 2(a) shall also apply to source code versions of the QAM IP drivers contained in the Licensed Technology.

TEXAS INSTRUMENTS MAXLINEAR INTELLECTUAL PROPERTY LICENSE AGREEMENT at 2 (June 6, 2009) (emphasis added).[18]

17.     MaxLinear under the terms of its agreement with Texas Instruments is required to prohibit Amino from reverse engineering the MaxLinear tuners and demodulators.

> MaxLinear agrees that it will not, nor permit any person or entity to: (i) decompile, "unlock," reverse-engineer, disassemble, or otherwise translate the object code versions of the Licensed Software to human-perceivable form except as permitted by applicable law which cannot be waived by this Subsection 3(b ); (ii) otherwise discover or replicate the source code from which such object code may be generated; or (iii) except as expressly set forth herein, modify or make derivative works of the Licensed Software.

TEXAS INSTRUMENTS MAXLINEAR INTELLECTUAL PROPERTY LICENSE AGREEMENT at 3 (June 6, 2009).

18.     MaxLinear is liable for directly infringing the Asserted Patents based on forming a joint enterprise with Amino with respect to building and distributing the MaxLinear-Amino products, such that to the extent that any infringing steps are performed by Amino, these acts are attributable to MaxLinear.

---

[18] The TI Agreement is still in force and was subsequently assigned to Intel Corporation as part of Intel Corporation's acquisition of Texas Instrument's cable modem business. *See* MAXLINEAR 2016 FORM 10-K at 13 (2017) ("We are a party to a number of license agreements for various technologies, such as a license agreement with Intel Corporation relating to demodulator technologies that are licensed specifically for use in our products for cable set-top boxes. The agreement was originally entered into with Texas Instruments but was subsequently assigned to Intel Corporation as part of Intel Corporation's acquisition of Texas Instruments' cable modem product line in 2010.").

19.     There are numerous express and implied agreements between MaxLinear and Amino regarding the MaxLinear-Amino Products.  *See, e.g.,* MAXLINEAR, INC. TERMS AND CONDITIONS OF SALE AGREEMENT, *available at*: https://www.maxlinear.com/support/terms-and-conditions-of-sale (last visited October 2019); MAXLINEAR TERMS OF USE AGREEMENT, *available at*: https://www.maxlinear.com/terms-of-use (last visited October 2019); and MAXLINEAR MASTER SALES AGREEMENTS.[19]

20.     MaxLinear has entered into customer and distributor agreements that require MaxLinear "to indemnify and defend our customers or distributors from third-party infringement claims and pay damages in the case of adverse rulings."  MAXLINEAR 2016 FORM 10-K at 21 (2017).  On information and belief, MaxLinear, based on agreements with Amino, is obligated by contract to indemnify and defend Amino from third-party infringement claims and to pay damages should there be an adverse ruling.

21.     MaxLinear has entered into agreements that provide it control over the MaxLinear-Amino Product(s).  For example, in its financial statements MaxLinear states, "We also rely on customary contractual protections with our customers, suppliers, distributors, employees and consultants, and we implement security measures to protect our trade secrets."  MAXLINEAR 2016 FORM 10-K at 22 (2017); *see also* MAXLINEAR 2018 FORM 10-K at 22 (2019).

22.     MaxLinear's relationship with companies such as Amino go beyond simply selling a device.  Because the selection and incorporation process for a tuner is a lengthy one, MaxLinear works closely with Amino to "define" and "design" MaxLinear products placed in the AminoVU device.

---

[19] *See, e.g.,* MAXLINEAR'S 2018 FORM 10-K at 49 (2019) ("Customer purchase orders plus the underlying master sales agreements.").

Our business depends on winning competitive bid selection processes, known as design wins, to develop semiconductors for use in our customers' products. These selection processes <u>are typically lengthy</u>, and as a result, our sales cycles will vary based on the specific market served, whether the design win is with an existing or a new customer and whether our product being designed in our customer's device is a first generation or subsequent generation product. <u>Our customers' products can be complex and, if our engagement results in a design win, can require significant time to define, design and result in volume production</u>.

MAXLINEAR, INC. 2018 FORM 10-K at 48 (February 5, 2019) (emphasis added).

23.     There is a common purpose between MaxLinear and Amino regarding the development of the MaxLinear-Amino Products, namely "to deliver multi-channel and multi-screen services."[20]

24.     MaxLinear and Amino share a community of pecuniary interests in the development and distribution of the MaxLinear-Amino Products. For example, upon information and belief, there are indemnification and revenue provisions, as set forth in the agreements between the two companies. Both MaxLinear and Amino derive financial benefit from the development and distribution of the MaxLinear-Amino Products.

25.     Functionality for receiving video data in the form of HEVC encoded data has been identified by MaxLinear as driving the development of its products.[21]

---

[20] *MaxLinear FSC & Narrowband Tuners/DEMODs Product Page*, MAXLINEAR WEBSITE, available at: https://www.maxlinear.com/products/connected-home/satellite-and-terrestrial/fsc-and-narrowband-tuners-demods/terrestrial (last visited November 2019).

[21] MAXLINEAR, INC. AT NEEDHAM GROWTH CONFERENCE TRANSCRIPT (January 13, 2016) ("Adam Spice: This challenge is not lessening. In fact, it creates even bigger opportunity for MaxLinear as subscribers now want to consume 4K over-the-top content. So if you look at the bandwidth that an HD program consumes, a 4K program or HEVC program consumes about four times that bandwidth. So it's a very good driver for our business."); *see also* MAXLINEAR AT THE ROTH CONFERENCE TRANSCRIPT (March 10, 2014) ("And the satellite guys also need to focus on being able to deliver this coming wave of HEVC and 4K video. And for that, they need to very robust front ends with low-power, low cost solutions. And that's what we've been delivering now initially into the gateway market which started shipping in Q4 of 2013.").

26.     Amino uses the MaxLinear Full-Spectrum Capture (FSC) & Narrowband Tuners and Demodulators at the direction of MaxLinear.  Specifically, MaxLinear provides Amino with specific directions and reference designs that direct and/or control Amino's use of the MaxLinear tuner and demodulator in such a way that the product infringes the asserted patents.  *See Reference Design from MaxLinear and STMicroelectronics to Speed Multi-Channel Ultra HD HEVC Satellite STB & Gateway Deployments,* MAXLINEAR PRESS RELEASE (April 3, 2014) ("The reference design accelerates OEM development of the next-generation of STBs and gateways, enabling satellite operators to deliver Ultra HD content using the high-efficiency video-coding (HEVC/ H.265) standard.").

27.     Amino makes use of MaxLinear's reference design in an infringing manner at the direction of MaxLinear.  "The reference platform supports the latest high-efficiency video coding (HEVC/H.265), ultra-high definition (UHD) '4K' video display, H.264 1080p encoding, and high dynamic range (HDR) technologies in a very cost-effective, small form factor design.  The platform is able to support all of the leading conditional access (CAS) solutions as well as Linux- or Android-based middleware solutions from leading vendor."  *Reference Design from MaxLinear and Realtek Targets 4K Ultra HD PVR Set-Top Box Market for Satellite Pay-TV Operators*, MAXLINEAR PRESS RELEASE (September 10, 2016).

28.     MaxLinear executives have identified that MaxLinear's reference designs and supporting material enable companies such as Amino to develop products in collaboration with MaxLinear such as the accused AminoVU Client Devices.

> "Demand for broadcast 4K content and multiscreen viewing is driving the need for new PVRs and media servers," said Will Torgerson, Vice President and General Manager, MaxLinear Broadband Group. "MaxLinear's scalable frontend solutions

are enabling the leading satellite pay-TV operators to deploy feature-rich services to their subscribers with minimal capital expenditures."

*Reference Design from MaxLinear and Realtek Targets 4K Ultra HD PVR Set-Top Box Market for Satellite Pay-TV Operators*, MAXLINEAR PRESS RELEASE (September 10, 2016).

29.     MaxLinear has agreed to indemnify Amino in connection with intellectual-property claims, as described in MaxLinear's Terms of Service excerpted below.

In the event that a third party makes a claim alleging that Products delivered to Customer infringe such third party's intellectual property rights, Supplier undertakes at its option and charge to defend the claim or seek a compromise; if an unfavorable and final judgment is rendered against Supplier, then Supplier shall, at its option, take out a license from the above mentioned third party or shall modify the Products in such a way as to avoid infringement. If such a solution shall be impracticable for economic and/or technical reasons, Supplier shall accept the return of allocable Products supplied giving rise to the claim and shall reimburse the Customer up to a maximum equal to the amount paid by the Customer for allocable Products deemed to infringe.

*MaxLinear Terms and Conditions of Sale,* MAXLINEAR WEBSITE, *available at*: https://www.maxlinear.com/support/terms-and-conditions-of-sale (last visited October 2019).

30.     MaxLinear maintains control over the reference designs which enables MaxLinear to  control and direct Amino's development of the AminoVU client devices.

The contents of www.maxlinear.com are owned by MaxLinear and protected by the copyright and other laws of the United States, its treaty countries and other jurisdictions. <u>You may not modify, copy, reproduce, republish, upload, post, transmit, transfer, or distribute in any way any of the contents of this site.</u> You may download content from this site solely for your personal, non-commercial use, provided you keep intact all copyright and other proprietary notices. Any copies of the content must include this copyright notice. In addition, various logos, titles and names displayed on the Web Site are the registered trademarks of MaxLinear, its affiliates, business partners or suppliers. Except as stated herein, nothing contained herein shall be construed as conferring by implication, estoppels or otherwise any license or right under any trademark, patent, copyright, mask work protection right or any other intellectual property right of MaxLinear, or any third party.

*MaxLinear's Terms of Use*, MAXLINEAR WEBSITE, *available at*: https://www.maxlinear.com/terms-of-use (last visited October 2019) (emphasis added).

31.     Both MaxLinear and Amino have an equal right to a voice in the direction of the enterprise, which gives an equal right of control.  Pursuant to the agreements between the parties, MaxLinear has the right to control the MaxLinear Full-Spectrum Capture (FSC) & Narrowband

Tuners and Demodulators, since the tuners and demodulators cannot be built without MaxLinear's consent. MaxLinear also has the right to remove its tuners and demodulators from Amino's AminoVU Client Devices pursuant to the terms and conditions of their agreements and agreements between MaxLinear and third parties.

32.     Even if MaxLinear and Amino are not found to be in a joint enterprise, equity would demand joint liability for the acts of the other given their close and pervasive express and implied agreements, common interest, shared pecuniary interest and shared control over the MaxLinear-Amino Products.

33.     Alternatively, MaxLinear is liable for the acts of Amino with respect to the MaxLinear-Amino Products, because MaxLinear has expressly agreed that it is responsible for infringement of any third-party intellectual property rights with respect to the MaxLinear tuners and demodulators.  *See, e.g., MaxLinear Terms and Conditions of Sale,* MAXLINEAR WEBSITE, *available at*:  https://www.maxlinear.com/support/terms-and-conditions-of-sale (last visited October 2019).

34.     There are numerous express and implied agreements between MaxLinear and Amino concerning the development and distribution of the MaxLinear-Amino Products.  For example, Amino must sign in and register for a MaxLinear myMxL account,[22] enter into contracts with MaxLinear, and agree to MaxLinear's Terms of Use and Privacy Policy.

35.     Even if MaxLinear were not liable for direct infringement, upon information and belief, MaxLinear conditions both the manner and timing of the performance of steps by Amino

---

[22] *Create a myMxL Account – Account Registration Webpage,* MAXLINEAR WEBSITE, *available at*: https://www.maxlinear.com/register (last visited October 2019).

in building and distributing the MaxLinear-Amino Products, and is thus liable for indirect infringement of the Asserted Patents.

36.     Prior to selling the MaxLinear-Amino Products, Amino must follow certain mandatory guidelines, procedures, terms and conditions as set forth and dictated by MaxLinear. In this way, MaxLinear conditions participation in, and the receipt of the benefit namely, the ability to distribute MaxLinear's Full-Spectrum Capture (FSC) & Narrowband Tuners and Demodulators, upon compliance with procedures and guidelines for the deployment and use of MaxLinear tuners and demodulators.  To the extent that some elements of a claim are performed by a different party than MaxLinear, MaxLinear – through its reference designs, software, drivers and infringing devices[23] – participates in the infringement (as described above and herein) and receives a benefit upon performance of the steps of the patented method. For example, MaxLinear provides the reference designs, software and drivers that establish the manner and/or timing of the performance of the steps such as the design that enables the receipt of terrestrial video data then conversion of the data into a serial MPEG Transport Stream that is then decoded and upconverted into an interlace format for display.  MaxLinear receives a benefit from such actions by Amino as it allows it to provide a product that would be desired.  MaxLinear's contracts with Amino also create an agency relationship or governs infringing activity for purposes of joint infringement.

37.     By agreeing to the terms and conditions of the MaxLinear Agreements, Amino receives certain benefits and resources provided by MaxLinear, that are necessary for the development of the AminoVU Client Devices including software, instructions, tools, and licenses

---

[23] The accused MaxLinear Full-Spectrum Capture (FSC) & Narrowband Tuners and Demodulators contain firmware that is developed, copyrighted, and owned by MaxLinear.

thereto, for device development and testing, and such other content, materials, resources and services including firmware customization, and technical notes as provided by MaxLinear.

38.     MaxLinear's Full-Spectrum Capture (FSC) & Narrowband Tuners and Demodulators (*e.g.,* MxL683 Single-Chip, ISDB-T/SBTVD-T Tuner and Demodulator) are incorporated into Amino's AminoVU client devices.  The following image shows the MaxLinear Integrated Digital Tuner in the MaxLinear-Amino Product.  Specifically, the shielding around the integrated digital tuner has been removed to show the MaxLinear Integrated Digital Tuner that receives the high definition video content and then demodulates it and places it into an MPEG transport stream.[24]



MAXLINEAR-AMINO PRODUCT TEARDOWN (prepared October 2019) (annotations showing the shielding around the integrated digital tuner in the Aria 6 device has been removed).

---

[24] *MxL683 Single-Chip, ISDB-T/SBTVD-T Tuner and Demodulator Product Page,* MAXLINEAR WEBPAGE, *available at*: https://www.maxlinear.com/product/connected-home/satellite-and-terrestrial/fsc-and-narrowband-tuners-demods/terrestrial/mxl683 (last visited November 2019) ("The MxL683 includes an integrated digital tuner, a 13-segment ISDB-T/SBTVD-T demodulator, an embedded CPU, and a serial MPEG Transport Stream (TS) output.").

39.     A detailed image of the integrated digital tuner in the MaxLinear-Amino Product shows that the tuner is manufactured by MaxLinear, and in this instance is the MxL683 Single-Chip ISDB-T/SBTVD-T Tuner and Demodulator.



MAXLINEAR-AMINO PRODUCT TEARDOWN (prepared October 2019) (annotation showing that the MaxLinear-Amino Product contains a MaxLinear digital tuner).

40.     Amino designs, manufactures, uses, and imports into the United States, sells, and/or offers for sale in the United States set-top boxes that contain digital tuners and demodulators designed, manufactured, sold and/or offered for sale by MaxLinear for the purpose of receiving and demodulating video data.

41.     Amino and MaxLinear continue to make, use, import into the United States, market, offer for sale, and/or sell in the United States devices that infringe the patents-in-suit, and/or induce or contribute to the infringement of the patents-in-suit by others, including end-users.

42.     Common questions of fact relating to Defendants' infringement arise in this action. These common questions include questions concerning MaxLinear and Amino's infringement of

the patents-in-suit through the incorporation of common MaxLinear digital tuners and demodulators in the accused AminoVU client devices.  Common questions of fact as to the profits and revenues derived by Amino and MaxLinear will arise.  Common questions of fact will also exist with regard to Amino and MaxLinear's defenses in this litigation, if any.

43.     All of the accused AminoVU devices contain a MaxLinear digital tuner and demodulator.



MAXLINEAR-AMINO PRODUCT TEARDOWN (prepared October 2019) (annotations showing the location of the digital tuner and demodulator in the Aria 6 device).

44.     The accused devices contain not only MaxLinear digital tuners and demodulators but also computer code owned and authored by MaxLinear.  For example, the following excerpts from uncompiled source code that is loaded onto the accused devices show the extensive use of computer code owned and authored by MaxLinear in the AminoVU client devices.  Each of the AminoVU client devices contains source code files owned and authored by MaxLinear.



Examples of computer code files contained in the source code for the drivers of the MaxLinear tuners and demodulators. The excerpted source code is from the following driver files authored and copyrighted by MaxLinear: MxL68x_PhyCfg.h; MxL68x_FwDownload.c; MaxLinearDataTypes.h; and MxL68xPhyCtrlApi.cpp (annotation added showing that the source code is authored by MaxLinear and the copyright to the source code is owned by MaxLinear).

## THE ASSERTED PATENTS

### U.S. PATENT NO. 6,639,944

45.     U.S. Patent No. 6,639,944 entitled, *Sub-Pixel Accurate Motion Vector Estimation and Compensated Interpolation*, was filed on April 26, 2000, and claims priority to April 26, 1999. Dynamic Data is the owner by assignment of all right, title, and interest in the '944 Patent. A true and correct copy of the '944 Patent is attached hereto as Exhibit 1.

46.     The '944 Patent discloses novel methods and systems for sub-pixel accurate motion vector estimation and motion-compensated interpolation or prediction.

47.     The inventions disclosed in the '944 Patent enable higher accuracy motion estimation at a lower cost through improvements in motion vector estimation and motion-compensated interpolation.

48.     The '944 Patent discloses a method of generating an intermediate image using sub-pixel accurate motion vectors having vector components that may have non-integer values, from first and second images having a given mutual temporal distance, the intermediate image being at a fractional distance from said first image, said fractional distance being a fraction of said given mutual temporal distance.

49.     The '944 Patent discloses a method that includes deriving first and second vectors from said sub-pixel accurate motion vectors.

50.     The '944 Patent discloses a method that includes generating an intermediate image by combining first positions in a first image shifted over first vectors and second positions in said second image shifted over second vectors.

51.     The '944 Patent discloses a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by multiplying the vector components of the sub-pixel accurate motion vectors by a fraction to obtain fractional vector components.

52.     The '944 Patent discloses a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by rounding the fractional vector components to obtain vector components of the first vectors, which have only integer vector components.

53.     The '944 Patent discloses a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by subtracting the first vector from the candidate vector to obtain the second vector, whereby the second vectors have vector components that, depending on the candidate vector and the fraction, may have non-integer values.

54.     The '944 Patent family has been cited by 34 patents and patent applications as relevant prior art.  Specifically, patents issued to the following companies have cited the '944 patent family as relevant prior art:

- Himax Media Solutions, Inc.
- Cyberlink Corp.
- Marvell International Ltd.
- Sharp Corporation
- Toshiba Corporation
- Tokyo University
- Samsung Electronics Co., Ltd.
- Intel Corporation
- Broadcom Limited
- Micron Technology, Inc.
- Cisco Systems, Inc.
- Hitachi, Ltd.

**U.S. PATENT NO. 6,760,376**

55.     U.S. Patent No. 6,760,376 entitled, *Motion Compensated Upconversion For Video Scan Rate Conversion*, was filed on November 6, 2000.  The '376 patent is subject to a 35 U.S.C. § 154(b) term extension of 697 days.  Dynamic Data is the owner by assignment of all right, title, and interest in the '376 Patent.  A true and correct copy of the '376 Patent is attached hereto as Exhibit 2.

56.     The '376 Patent discloses novel methods and systems for motion compensated upconversion in a video image that uses motion compensation to generate an interpolated video field using motion vectors.

57.     The inventions disclosed in the '376 Patent provide a sharp video image by comparing a calculated correlation value of pixels with a threshold value.

58.     The '376 Patent discloses technologies that improve video image quality by selecting a motion compensated pixel that will provide a sharp video image by comparing a calculated correlation value of pixels with a threshold value.

59.     The '376 Patent discloses a method of motion compensation for use in a video image upconversion unit of the type that uses motion compensation to generate an interpolated field using motion vectors.

60.    The '376 Patent discloses a method of motion compensation that includes calculating a correlation value from the values of causal neighbor pixels of a generated field and from the values of corresponding neighbor pixels of a next field.

61.    The '376 Patent discloses a method of motion compensation that includes comparing the correlation value with a threshold value.

62.    The '376 Patent discloses a method of motion compensation that includes setting the value of a pixel to be created within the generated field to be equal to the value of a corresponding pixel of the next field if the correlation value is less than the threshold value.

63.    The '376 Patent family has been cited by twelve patents and patent applications as relevant prior art.  Specifically, patents issued to the following companies have cited the '376 patent family as relevant prior art:

- Samsung Electronics Co., Ltd.
- Blip X Ltd.
- Himax Technologies Limited
- Snell Ltd.
- Robert Bosch Gmbh
- Hyundai Motor Company

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 6,639,944

64.    Dynamic Data references and incorporates by reference the preceding paragraphs of this Complaint as if fully set forth herein.

65.    MaxLinear and Amino design, make, use, sell, and/or offer for sale in the United States products and/or services for sub-pixel accurate motion vector estimation and motion-compensated interpolation or prediction.

66.    MaxLinear and Amino have directly infringed and continue to directly infringe the '944 patent by making, using, selling, offering for sale, or importing into the United States products

and/or methods covered by one or more claims of the '944 Patent.  Defendants' products that infringe one or more claims of the '944 Patent include, but are not limited to, the AminoVU Client Devices (*e.g*., Aria 6 and Aria 7) and the MaxLinear Full-Spectrum Capture (FSC) & Narrowband Tuners and Demodulators (*e.g.,* MxL683 Single-Chip, ISDB-T/SBTVD-T Tuner and Demodulator) that perform motion compensated interpolation (collectively, the "MaxLinear-Amino '944 Products(s)").

67.    MaxLinear-Amino '944 Products perform the method of generating an intermediate image using sub-pixel accurate motion vectors.  The below image shows the circuit board of the MaxLinear-Amino '944 Product(s) and identifies the tuner and demodulator that receives high definition video images for motion compensated interpolation.



MAXLINEAR-AMINO '944 PRODUCT TEARDOWN (prepared October 2019) (annotations showing the location of the digital tuner and demodulator in the Aria 6 device).

68.    The following image shows the MaxLinear Integrated Digital Tuner in the MaxLinear-Amino '944 Product.  Specifically, the shielding around the integrated digital tuner

has been removed to show the MaxLinear Integrated Digital Tuner that receives the high definition video content and then demodulates it and places it into an MPEG transport stream.



MAXLINEAR-AMINO PRODUCT TEARDOWN (prepared October 2019) (annotations showing the shielding around the integrated digital tuner in the Aria 6 device has been removed).

69.     A detailed image of the integrated digital tuner in the MaxLinear-Amino '944 Product shows that the tuner is manufactured by MaxLinear and can include the MxL683 Single-Chip, ISDB-T/SBTVD-T Tuner and Demodulator.



MAXLINEAR-AMINO PRODUCT TEARDOWN (prepared October 2019) (annotation showing that the MaxLinear-Amino '944 Product contains a MaxLinear digital tuner).

70.     The MaxLinear-Amino '944 Products contains functionality for receiving high definition content that is encoded using H.265 (HEVC) format through the digital tuner and demodulator.  Further, the MaxLinear-Amino '944 Products support decoding this high definition video content.



*Aria 6 Technical Specifications*, AMINO WEBSITE, *available at*: https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019) (annotation added).

71.     Defendants' documentation identifies that the accused MaxLinear-Amino '944 Products enable the playback of content that is encoded in the HEVC standard using an HEVC complaint decoder.

> Aria 6 is a high performance hybrid HEVC client device with tuner options for delivering a seamless user experience that blends live and OTT services. It is powered by a 6K DMIPs processor, with up to 1GB of on-board memory to provide flexible options for cost-effectively delivering hybrid IPTV/OTT services across a range of IP and broadcast networks.

*Aria 6 Key Features*, AMINO WEBSITE, *available at*:
https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019).

72.     The accused MaxLinear-Amino '944 Products are described in documentation as a "high performance hybrid HD HEVC client device with a range of tuner options for delivering a seamless user experience."

> Our new 6 Series of future-proof 4K Ultra HD and HEVC hybrid TV devices includes a number of different models with flexible options to deploy next generation services:
>
> - A powerful 4K Ultra HD/HEVC DVR with advanced 802.11ac (4×4) Wi-Fi and MoCA networking options and dual 720p30 transcoding to support multi-screen and bring-your-own-device (BYOD) applications.
> - A high performance 4K Ultra HD/HEVC client device with advanced 802.11ac (4×4) Wi-Fi and MoCA networking options enabling the deployment of new services with 4K Ultra HD content delivered either as part of an operator IPTV pay TV service or through OTT applications.
> - A cost-effective IPTV client device enabling operators to reduce high definition (HD) TV service delivery costs by extending their reach over existing IP networks.
> - A high performance hybrid HD HEVC client device with a range of tuner options for delivering a seamless user experience that blends live and OTT services across broadcast and IP networks.

*4K Ultra HD & HEVC: Drive Customer Loyalty And Engagement With Vivid Details Of 4K Ultra HD*, AMINO WEBSITE, *available at*: https://www.aminocom.com/solutions/4k-ultrahd-hevc (last visited November 2019) (annotation added).

73.     The MaxLinear-Amino '944 Products perform the method of decoding content compliant with the HEVC standard.   The decoding process required by the HEVC standard

requires that during decoding of HEVC encoding content an intermediate image is generated using sub-pixel accurate motion vectors.  The following documents show that the MaxLinear-Amino Products '944 perform the method of decoding content complaint with the HEVC standard.

74.    The MaxLinear-Amino '944 Products perform a method that includes generating an intermediate image by combining first positions in a first image shifted over first vectors and second positions in said second image shifted over second vectors.

> One way of achieving high video compression is to predict pixel values for a frame based on prior and succeeding pictures in the video. Like its predecessors, H.265 features the ability to predict pixel values between pictures, and in particular, to specify in which order pictures are coded and which pictures are predicted from which. The coding order is specified for Groups Of Pictures (GOP), where a number of pictures are grouped together and predicted from each other in a specified order. The pictures available to predict from, called reference pictures, are specified for every individual picture.

Johan Bartelmess, Compression Efficiency of Different Picture Coding Structures in High Efficiency Video Coding (HEVC), UPTEC STS 16006 at 4 (March 2016) (emphasis added).

75.    The MaxLinear-Amino '944 Products perform decoding of video in compliance with the H.265 standard.

76.    The MaxLinear-Amino '944 Products all perform decoding of video content in compliance with the HEVC Standard.

77.    Defendants make, use, sell, offer for sale, or import into the United States the MaxLinear-Amino '944 Products and thus directly infringes at least one or more claims of the '944 Patent.  Upon information and belief, the Defendants also use the MaxLinear-Amino '944 Products via its internal use and testing in the United States, directly infringing one or more claims of the '944 Patent.

78.    Defendants have induced and continue to induce and contribute to infringement of the '944 Patent by intending that others make, use, import into, offer for sale, or sell in the United States, products and/or methods covered by one or more claims of the '944 Patent, including, but

not limited to, the MaxLinear-Amino '944 Products.   MaxLinear and Amino provide these infringing products to others, such as manufacturers, customers, resellers, and end-use consumers who, in turn, use, offer for sale, or sell in the United States these products that infringe one or more claims of the '944 Patent.

79.   One or more of Defendants' subsidiaries and/or affiliates use the MaxLinear-Amino '944 Products in regular business operations.

80.   The MaxLinear-Amino '944 Products are available to businesses and individuals throughout the United States.

81.   The MaxLinear-Amino '944 Products are provided to businesses and individuals located in the State of Delaware.

82.   The MaxLinear-Amino '944 Products perform a method of generating an intermediate image using sub-pixel accurate motion vectors having vector components that may have non-integer values, from first and second images having a given mutual temporal distance, the intermediate image being at a fractional distance from said first image, said fractional distance being a fraction of said given mutual temporal distance.

83.   The MaxLinear-Amino '944 Products comply with the HEVC standard, which requires determining motion vectors assigned to individual image regions of an image.

> The decoding process for prediction units in inter prediction mode consists of the following ordered steps:
>
> 1.   The derivation process for motion vector components and reference indices as specified in clause 8.5.3.2 is invoked with the luma coding block location ( xCb, yCb ), the luma prediction block location ( xBl, yBl ), the luma coding block size block nCbS, the luma prediction block width nPbW, the luma prediction block height nPbH and the prediction unit index partIdx as inputs, and the luma motion vectors mvL0 and mvL1, when ChromaArrayType is not equal to 0, the chroma motion vectors mvCL0 and mvCL1, the reference indices refIdxL0 and refIdxL1 and the prediction list utilization flags predFlagL0 and predFlagL1 as outputs.

*High Efficiency Video Coding*, Series H: Audiovisual And Multimedia Systems: Infrastructure Of Audiovisual Services – Coding Of Moving Video Rec. ITU-T H.265 at § 8.5.3.1 (February 2018).

84.    The MaxLinear-Amino '944 Products perform a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by multiplying the vector components of the sub-pixel accurate motion vectors by a fraction to obtain fractional vector components.

> three spatially neighboring MVs. HEVC improves the MV prediction by applying an MV prediction competition as initially proposed in [18]. In HEVC, this competition was further adapted to large block sizes with so-called *advanced motion vector prediction* (AMVP) in [19]. In the DIS *Main profile*, AMVP has two predictor candidates competing for the prediction. Two spatial motion vector predictor (MVP) candidates are considered and, when at least one of them is not available or they are redundant, a temporal motion vector prediction (TMVP) candidate is considered. The candidates

Philipp Helle, Simon Oudin, Benjamin Bross, Detlev Marpe, M. Oguz Bici, Kemal Ugur, Joel Jung, Gordon Clare, and Thomas Wiegand, *Block Merging for Quadtree-Based Partitioning in HEVC,* IEEE TRANS. CIR. AND SYS. FOR VIDEO TECHNOLOGY, Vol. *22* No. 12 (December 2012) ("AMVP has two predictor candidates competing for the prediction. Two spatial motion vector predictor (MVP) candidates are considered and, when at least one of them is not available or they are redundant, a temporal motion vector prediction (TMVP) candidate is considered.").

85.    In AMVP, the motion vector selection process is composed of two steps wherein the candidate motion vectors are constructed into an index and then the motion vectors are compared.   "In AMVP, the motion vector selection process is composed by two steps in encoder implementation.  The first step is the motion vector candidate set construction process and the second step is the best motion vector selection step. In the first step, the motion vector candidate set is organized by selecting the motion vectors spatially and temporally."  Gwo-Long Li, Chuen-Ching Wang, and Kuang-Hung Chiang, *An Efficient Motion Vector Prediction Method for Avoiding AMVP Data Dependency For HEVC*, 2014 IEEE INTERNATIONAL CONFERENCE ON ACOUSTIC, SPEECH AND SIGNAL PROCESSING (ICASSP) at 7412-13 (2014).

86.    The MaxLinear-Amino '944 Products perform a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by rounding the fractional vector components to obtain vector components of the first vectors, which have only integer vector components.

28

Using a translational motion model, the position of the block in a previously decoded picture is indicated by a motion vector: Δx; Δy where Δx specifies the horizontal and Δy the vertical displacement relative to the position of the current block. The motion vectors: Δx; Δy could be of fractional sample accuracy to more accurately capture the movement of the underlying object. Interpolation is applied on the reference pictures to derive the prediction signal when the corresponding motion vector has fractional sample accuracy. <u>The previously decoded picture is referred to as the reference picture</u> and indicated by a reference index Δt to a reference picture list. <u>These translational motion model parameters, i.e. motion vectors and reference indices, are further referred to as motion data.</u>

Benjamin Bross, *Inter-Picture Prediction In HEVC*, IN HIGH EFFICIENCY VIDEO CODING (HEVC) (Vivienne Sze, Madhukar Budagavi, and Gary J. Sullivan (Editors)) at 114 (September 2014) (emphasis added).

87.   The MaxLinear-Amino '944 Products perform a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by subtracting the first vector from the candidate vector to obtain the second vector, whereby the second vectors have vector components that, depending on the candidate vector and the fraction, may have non-integer values.

88.   The MaxLinear-Amino '944 Products contain functionality for motion compensation where two or more motion vectors can be applied. Further, one or two motion vectors can be applied to the image processing process. The application of the motion vectors leads to uni-predictive or bi-predictive coding, respectively, where bi-predictive coding uses an averaged result of two predictions to form the final prediction.

**Summary**

Recommendation ITU-T H.265 | International Standard ISO/IEC 23008-2 represents an evolution of the existing video coding Recommendations (ITU-T H.261, ITU-T H.262, ITU-T H.263 and ITU-T H.264) and was developed in response to the growing need for higher compression of moving pictures for various applications such as Internet streaming, communication, videoconferencing, digital storage media and television broadcasting. It is also designed to enable the use of the coded video representation in a flexible manner for a wide variety of network environments. The use of this Recommendation | International Standard allows motion video to be manipulated as a form of computer data and to be stored on various storage media, transmitted and received over existing and future networks and distributed on existing and future broadcasting channels.

*Series H: Audiovisual and Multimedia Systems- Infrastructure of Audiovisual Services – Coding of Moving Video*, INTERNATIONAL TELECOMMUNICATIONS UNIONS - TU-T H.265, V.5 at I (February 2018).

89.     The following excerpt from a book describes that the motion estimation is done through PU matching method and that the MV represents the displacement between the current PU in the current frame and the matching PU in the reference frame.

> Motion estimation compares the current prediction unit (PU) with the spatially neighboring PUs in the reference frames, and chooses the one with the least difference to the current PU.  The displacement between the current PU and the matching PU in the reference frames is signaled using a motion vector.

Sung-Fang Tsai, *et al., Encoder Hardware Architecture for HEVC*, High Efficiency Video Coding (HEVC) at 347 (September 2014) (emphasis added).

90.     The following exemplary drawings reflect that the corresponding image segment of a reference picture is co-located with the current image segment of a current picture.



R.C. LINS, *et al., A Faster Pixel-Decimation Method for Block Motion Estimation in H.264/AVC*, PUBLISHED IN TEND. MAT. APL. COMPUT., VOL. 15, No. 1 at 120 (2014), *available at*: http://www.scielo.br/scielo.php?script=sci_arttext&pid=S2179-84512014000100010.



Purnachand Nalluri, *et al., Fast Motion Estimation Algorithm for HEVC Video Encoder*, published in 9TH CONFERENCE ON TELECOMMUNICATIONS, Vol. 1 at 1 (May 2013) (attached hereto as Exhibit_ZL 5), *available at*: https://www.it.pt/Publications/PaperConference/14332

91.     For AMVP mode with motion estimation, the main goal of the motion estimation is to find the best matching block of each current PU and determine the real MV which represents the motion translation in the successive frame.  The MV difference between the optimal AMVP candidate and the real MV derived from the motion estimation is encoded and transmitted together with other information, e.g., the optimal AMVP and reference frame indexes.  The motion estimation is conducted in two stages, the integer motion estimation (IME) at integer pixel accuracy and the fractional motion estimation (FME) at subpixel accuracy.  According to the "High Efficiency Video Coding (HEVC) Test Model 16 (HM 16) Improved Encoder Description Update 9" approved by JCT-VC, the best candidate MVP selected from the AMVP candidate list is used as an initial search center of the IME, which indicates that the search center of the IME is offset from the co-located block within the reference frame by the best candidate MVP.

92.     Therefore, when the MaxLinear-Amino '944 Products processes the video data using AMVP mode based on the IME, the co-located block within the reference frame of the current PU corresponds to the selected image segment, and the best candidate MVP corresponds

to the offset vector within the reference frame from the co-located block of the current PU (i.e., the selected image segment) to the search center.

> To derive the motion vector(s) for each PU, a block matching algorithm is performed in the HM encoder. For AMVP, find the best candidate MV predictor for  each ref_idx and ref_pic_list using xEstimateMvPredAMVP(), called from predInterSearch().  The default search range for the first search in the HM encoder is 96 integer pixels, however the CTC [3] uses a value of 64.  A search window is defined according to the search range, relative to the best candidate MV predictor. Firstly an integer-pel search is performed, followed by a fractional-pel refinement search.

The Joint Collaborative Team on Video Coding (JCT-VC), *High Efficiency Video Coding (HEVC) Test Model 16 (HM 16) Improved Encoder Description Update 9*, ISO/IEC JTC1/SC29/WG11 N17047 at 43 (July 2017) (emphasis added), *available at*: https://mpeg.chiariglione.org/standards/mpeg-h/high-efficiency-video-coding/n17047-high-efficiency-video-coding-hevc-test-model-16.

93. By complying with the HEVC standard, the MaxLinear-Amino '944 Products necessarily infringe the '944 Patent.  The mandatory sections of the HEVC standard require the elements required by certain claims of the '944 Patent, including but not limited to claim 2 of the '944 patent.  *High Efficiency Video Coding*, SERIES H: AUDIOVISUAL AND Multimedia SYSTEMS: INFRASTRUCTURE OF AUDIOVISUAL SERVICES – CODING OF MOVING VIDEO REC. ITU-T H.265 (February 2018) (The following sections of the HEVC Standard are relevant to MaxLinear and Amino's infringement of the '944 patent: "8.3.2 Decoding process for reference picture set;" "8.5.4 Decoding process for the residual signal of coding units coded in inter prediction mode;" "8.6 Scaling, transformation and array construction process prior to deblocking filter process;" "8.5.2 Inter prediction process;" "8.5.3 Decoding process for prediction units in inter prediction mode;" and "8.7.2 Deblocking filter process;" "8.7.3 Sample adaptive offset process.").

94. The MaxLinear-Amino '944 Products perform a method that includes deriving first and second vectors from said sub-pixel accurate motion vectors.

95.     The MaxLinear-Amino '944 Products perform a method that includes generating an intermediate image by combining first positions in a first image shifted over first vectors and second positions in said second image shifted over second vectors.

96.     The MaxLinear-Amino '944 Products perform a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by multiplying the vector components of the sub-pixel accurate motion vectors by a fraction to obtain fractional vector components.

97.     The MaxLinear-Amino '944 Products perform a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by rounding the fractional vector components to obtain vector components of the first vectors, which have only integer vector components.

98.     The MaxLinear-Amino '944 Products perform a method that includes deriving first and second vectors from sub-pixel accurate motion vectors by subtracting the first vector from the candidate vector to obtain the second vector, whereby the second vectors have vector components that, depending on the candidate vector and the fraction, may have non-integer values.

99.     By making, using, testing, offering for sale, and/or selling products and services for sub-pixel accurate motion vector estimation and motion-compensated interpolation or prediction, including but not limited to the MaxLinear-Amino '944 Products, MaxLinear and Amino have injured Dynamic Data and are liable to the Plaintiff for directly infringing one or more claims of the '944 patent, including at least claim 2 pursuant to 35 U.S.C. § 271(a).

100.     MaxLinear and Amino also indirectly infringe the '944 Patent by actively inducing infringement under 35 U.S.C. § 271(b).

101.    MaxLinear and Amino have had knowledge of the '944 Patent since at least service of this Complaint or shortly thereafter, and on information and belief, MaxLinear and Amino knew of the '944 Patent and knew of its infringement, including by way of this lawsuit.

102.    MaxLinear intended to induce patent infringement by third-party customers and users of the MaxLinear-Amino '944 Products and had knowledge that the inducing acts would cause infringement or was willfully blind to the possibility that its inducing acts would cause infringement.  MaxLinear specifically intended and was aware that the normal and customary use of the accused products would infringe the '944 Patent.  MaxLinear performed the acts that constitute induced infringement, and would induce actual infringement, with knowledge of the '944 patent and with the knowledge that the induced acts would constitute infringement.  For example, MaxLinear provides the MaxLinear-Amino '944 Products that have the capability of operating in a manner that infringe one or more of the claims of the '944 Patent, including at least claim 2, and MaxLinear further provides documentation and training materials that cause customers and end users of the MaxLinear-Amino '944 Products to utilize the products in a manner that directly infringe one or more claims of the '944 Patent.[25]  By providing instruction and training to customers and end-users on how to use the MaxLinear-Amino '944 Products in a manner that directly infringes one or more claims of the '944 Patent, including at least claim 2, MaxLinear

---

[25] *See, e.g.*, *MaxLinear's New Low-Cost USB Dongle Reference Design Brings Broadcast HDTV to Latin American Consumers*, MAXLINEAR PRESS RELEASE (August 14, 2014); *Reference Design from MaxLinear and STMicroelectronics to Speed Multi-Channel Ultra HD HEVC Satellite STB & Gateway Deployments,* MAXLINEAR PRESS RELEASE (April 3, 2014); *Reference Design from MaxLinear and Realtek Targets 4K Ultra HD PVR Set-Top Box Market for Satellite Pay-TV Operators*, MAXLINEAR PRESS RELEASE (September 10, 2016); *MxL692 Single-Chip ATSC/QAM Tuner and Demodulator*, MAXLINEAR PRODUCT BRIEF (September 2019); *MxL241SF Digital Cable Silicon Tuner + QAM Demodulator SoC*, MAXLINEAR PRODUCT BRIEF (2009); and *MaxLinear's Hybrid Satellite-Terrestrial Solution Presentation*, MAXLINEAR PRESENTATION AT THE CONSUMER ELECTRONICS SHOW 2014 (January 27, 2014).

specifically intended to induce infringement of the '944 Patent.  MaxLinear engaged in such inducement to promote the sales of the MaxLinear-Amino '944 Products, e.g., through MaxLinear user manuals, product support, marketing materials, and training materials to actively induce the users of the accused products to infringe the '944 Patent.  Accordingly, MaxLinear has induced and continues to induce users of the accused products to use the accused products in their ordinary and customary way to infringe the '944 Patent, knowing that such use constitutes infringement of the '944 Patent.

103.    Amino intended to induce patent infringement by third-party customers and users of the MaxLinear-Amino '944 Products and had knowledge that the inducing acts would cause infringement or was willfully blind to the possibility that its inducing acts would cause infringement.  Amino specifically intended and was aware that the normal and customary use of the MaxLinear-Amino '944 Products would infringe the '944 Patent.  Amino performed the acts that constitute induced infringement, and would induce actual infringement, with knowledge of the '944 Patent and with the knowledge that the induced acts would constitute infringement.  For example, Amino provides the MaxLinear-Amino '944 Products that have the capability of operating in a manner that infringe one or more of the claims of the '944 Patent, including at least claim 2, and Amino further provides documentation and training materials that cause customers and end users of the MaxLinear-Amino '944 Products to utilize the products in a manner that directly infringe one or more claims of the '944 Patent.[26]  By providing instruction and training to

---

[26]    *See, e.g.*, *Aria 6 Technical Specifications*, AMINO WEBSITE, available at: https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019); *4K Ultra HD & HEVC: Drive Customer Loyalty And Engagement With Vivid Details Of 4K Ultra HD*, AMINO WEBSITE, available at: https://www.aminocom.com/solutions/4k-ultrahd-hevc (last visited November 2019); *Aria 6 Key Features*, AMINO WEBSITE, available at: https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019); *Amino Unveils New 6 Series Range – A Comprehensive Portfolio Of 4K Ultra HD And*

customers and end-users on how to use the MaxLinear-Amino '944 Products in a manner that directly infringes one or more claims of the '944 Patent, including at least claim 2, Amino specifically intended to induce infringement of the '944 Patent.  Amino engaged in such inducement to promote the sales of the MaxLinear-Amino '944 Products, e.g., through Amino user manuals, product support, marketing materials, and training materials to actively induce the users of the MaxLinear-Amino '944 Products to infringe the '944 Patent.  Accordingly, Amino has induced and continues to induce users of the accused products to use the accused products in their ordinary and customary way to infringe the '944 Patent, knowing that such use constitutes infringement of the '944 Patent.

104.     The '944 Patent is well-known within the industry as demonstrated by multiple citations to the '944 Patent in published patents and patent applications assigned to large technology companies and prominent academic institutions.

105.     MaxLinear and Amino are utilizing the technology claimed in the '944 Patent without paying a reasonable royalty.  MaxLinear and Amino are infringing the '944 Patent in a manner best described as willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, or characteristic of a pirate.

106.     To the extent applicable, the requirements of 35 U.S.C. § 287(a) have been met with respect to the '944 Patent.  As a result of MaxLinear and Amino's infringement of the '944 Patent, Dynamic Data has suffered monetary damages, and seeks recovery in an amount adequate to compensate for MaxLinear and Amino's infringement, but in no event less than a reasonable

---

*HEVC Hybrid TV Devices,* AMINO PRESS RELEASE (January 21, 2016); *Aria 6 User Guide*, AMINO DOCUMENTATION (2018); *Aria 6 View CD C- Client Devices*, AMINO DOCUMENTATION (2016); and *Aria 7 User Guide,* AMINO DOCUMENTATION (2018).

royalty for the use made of the invention by MaxLinear and Amino with interest and costs as fixed by the Court.

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 6,760,376

107.    Dynamic Data references and incorporates by reference the preceding paragraphs of this Complaint as if fully set forth herein.

108.    MaxLinear and Amino design, make, sell, offer to sell, import, and/or use the accused MaxLinear-Amino products, including but not limited to, the following the MaxLinear-Amino products including the AminoVU Client Devices (*e.g.*, Aria 6 and Aria 7) and the MaxLinear Full-Spectrum Capture (FSC) & Narrowband Tuners and Demodulators (*e.g.,* MxL683 Single-Chip, ISDB-T/SBTVD-T Tuner and Demodulator) that perform the receiving and upconversion of video image data (collectively, the "MaxLinear-Amino '376 Products(s)").

109.    MaxLinear and Amino have directly infringed and continue to directly infringe the '376 patent by making, using, selling, offering for sale, or importing into the United States products and/or methods covered by one or more claims of the '376 Patent.

110.    The MaxLinear-Amino '376 Products receive high definition video data through a digital tuner and demodulator.  The below image shows the circuit board of the MaxLinear-Amino '376 Product and identifies the tuner and demodulator that receives high definition video images for upconversion.



MAXLINEAR-AMINO '376 PRODUCT TEARDOWN (prepared October 2019) (annotations showing the location of the digital tuner and demodulator in the Aria 6 device).

111.    The following image shows the integrated digital tuner in the MaxLinear-Amino '376 Products.  Specifically, the shielding around the integrated digital tuner has been removed to show the MaxLinear Integrated Digital Tuner that receives the high definition video content and then demodulates it and places it into an MPEG transport stream.



MAXLINEAR-AMINO '376 PRODUCT TEARDOWN (prepared October 2019) (annotations showing the shielding around the integrated digital tuner in the Aria 6 device has been removed).

112. A detailed image of the integrated digital tuner in the MaxLinear-Amino '376 Products shows that the tuner is manufactured by MaxLinear and in this instance is the MxL683 Single-Chip, ISDB-T/SBTVD-T Tuner and Demodulator.



MAXLINEAR-AMINO PRODUCT TEARDOWN (prepared October 2019) (annotation showing that the MaxLinear-Amino Product contains a MaxLinear digital tuner).

113.    The MaxLinear-Amino '376 Products contain functionality for receiving high definition content that is encoded using the H.265 (HEVC) format through the digital tuner and demodulator.  Further, the MaxLinear-Amino '376 Products support decoding this high definition video content.



*Aria 6 Technical Specifications*, AMINO WEBSITE, *available at*:
https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019) (annotation added).

114. The MaxLinear-Amino '376 Products further support upscaling and progressive to interlace conversion as shown in the below excerpt from documentation of the MaxLinear-Amino '376 Products which identifies functionality for video conversion including into "480i/480p/576i/576p/720p/1080i/1080p/4KP60 (upscale) output formats."



*Aria 6 Technical Specifications*, AMINO WEBSITE, *available at*:
https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019) (annotation added).

115. MaxLinear and Amino documentation identifies that the accused MaxLinear-Amino '376 Products enable the playback of content that is encoded in the HEVC standard using an HEVC complaint decoder.

> Aria 6 is a high performance hybrid HEVC client device with tuner options for delivering a seamless user experience that blends live and OTT services. It is powered by a 6K DMIPs processor, with up to 1GB of on-board memory to provide flexible options for cost-effectively delivering hybrid IPTV/OTT services across a range of IP and broadcast networks.

*Aria 6 Key Features*, AMINO WEBSITE, *available at*:
https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019).

116.    The accused MaxLinear-Amino '376 Products are described in MaxLinear and Amino documentation as a "high performance hybrid HD HEVC client device with a range of tuner options for delivering a seamless user experience."

> Our new 6 Series of future-proof 4K Ultra HD and HEVC hybrid TV devices includes a number of different models with flexible options to deploy next generation services:
>
> - A powerful 4K Ultra HD/HEVC DVR with advanced 802.11 ac (4×4) Wi-Fi and MoCA networking options and dual 720p30 transcoding to support multi-screen and bring-your-own-device (BYOD) applications.
> - A high performance 4K Ultra HD/HEVC client device with advanced 802.11 ac (4×4) Wi-Fi and MoCA networking options enabling the deployment of new services with 4K Ultra HD content delivered either as part of an operator IPTV pay TV service or through OTT applications.
> - A cost-effective IPTV client device enabling operators to reduce high definition (HD) TV service delivery costs by extending their reach over existing IP networks.
> - A high performance hybrid HD HEVC client device with a range of tuner options for delivering a seamless user experience that blends live and OTT services across broadcast and IP networks.

*4K Ultra HD & HEVC: Drive Customer Loyalty And Engagement With Vivid Details Of 4K Ultra HD*, AMINO WEBSITE, *available at*: https://www.aminocom.com/solutions/4k-ultrahd-hevc (last visited November 2019) (annotation added).

117.    The MaxLinear-Amino '376 Products comprise an input for receiving encoded data and a decoder that is compliant with the H.265 standard.

118.    The MaxLinear-Amino '376 Products perform decoding of video in compliance with the H.265 standard.

42

119.    MaxLinear and Amino make, use, sell, offer for sale, or import into the United States the MaxLinear-Amino '376 Products and thus directly infringe at least one or more claims of the '376 Patent.  Upon information and belief, Defendants also use the MaxLinear-Amino '376 Products via internal use and testing in the United States, directly infringing one or more claims of the '376 Patent.

120.    MaxLinear and Amino have induced and continue to induce and contribute to infringement of the '376 Patent by intending that others make, use, import into, offer for sale, or sell in the United States, products and/or methods covered by one or more claims of the '376 patent, including, but not limited to, the MaxLinear-Amino '376 Products.  MaxLinear and Amino provide these MaxLinear-Amino '376 Products to others, such as manufacturers, customers, resellers, and end-use consumers who, in turn, use, offer for sale, or sell in the United States these products that infringe one or more claims of the '376 Patent.

121.    One or more MaxLinear and/or Amino subsidiaries and/or affiliates use the MaxLinear-Amino '376 Products in regular business operations.

122.    The MaxLinear-Amino '376 Products are available to businesses and individuals throughout the United States.

123.    The MaxLinear-Amino '376 Products are provided to businesses and individuals located in the State of Delaware.

124.    The MaxLinear-Amino '376 Products include technology for motion compensated upconversion in a video image that uses motion compensation to generate an interpolated video field using motion vectors.

125.     One or more of the MaxLinear-Amino '376 Products use upconversion units to generate an interpolated field using motion vectors in the process of performing motion compensation.

126.     The MaxLinear-Amino '376 Products use upconversion units within an image retrieved from memory.

127.     The MaxLinear-Amino '376 Products calculate a correlation value from the value of causal neighbor pixels of a generated field.  Specifically, during the decoding process correlation values are calculated as part of interpolating pixel values in a frame.  The interpolated luma sample value is calculated based on a "luma location in full-sample units ( xIntL, yIntL )" "a luma location in fractional-sample units ( xFracL, yFracL ), and a "luma reference sample array refPicLXL." The following figure from the HEVC specification that is implemented by the MaxLinear-Amino '376 Products shows the values of neighbor pixels are used to calculate a correlation value.  The below figure in the shaded blocks with upper-case letters shows the integer samples (whole pixels) and the un-shaded blocks with lower-case letter show the fraction sample position for quarter luma interpretation.



*Series H: Audio Visual and Multimedia Systems: Infrastructure of Audiovisual Services – Coding of Moving Video*, HIGH EFFICIENCY VIDEO CODING ITU-T REC. v.5 § 8.5.3.3.2 (February 2018).

> Inputs to this process are:
> – a luma location ( xCb, yCb ) specifying the top-left sample of the current luma coding block relative to the top-left luma sample of the current picture
> – a luma location ( xBl, yBl ) specifying the top-left sample of the current luma prediction block relative to the top-left sample of the current luma coding block
> – two variables nPbW and nPbH specifying the width and the height of the luma prediction block
> – a luma motion vector mvLX given in quarter-luma-sample units

*Series H: Audio Visual and Multimedia Systems: Infrastructure of Audiovisual Services – Coding of Moving Video*, HIGH EFFICIENCY VIDEO CODING ITU-T REC. v.5 § 8.5.3.3.3.1 (February 2018).

128.    Further, the chroma area is subject to interpolation using a similar procedure implemented by the MaxLinear-Amino '376 Products.  The following figure shows the positions of the integer pixel sample, 1/2 pixel samples, 1/4 pixel samples, and 1/8 pixel samples of the chrominance components of the reference image.  It is assumed that chrominance sample point $B_{i,j}$ is located at the integer sample point $(xB_{i,j}, yB_{i,j})$.  The values of 1/2 pixel points $ae_{0,0}$, $ea_{0,0}$;

1/4 pixel point ac0,0, ag0,0, ca0,0, ga0,0; and 1/8 pixel point ab0,0, ad0,0, af0,0, ah0,0, ba0,0, da0,0, fa0,0, ha 0,0 can be obtained on the nearest integer pixel in the horizontal and vertical directions and similarly the value of sub-pixel sample point bX0,0, cX0,0, dX0,0, eX0,0, fX0,0, gX0,0 and hX0,0 (among which, X presents any one in b, c, d, e, f, g and h) can be obtained by the 4-beat filter interpolation in the vertical direction.  As can be seen from the figure in the HEVC specification which shows all the adjacent pixels are examined in calculating the chroma interpolation sample.



*Series H: Audio Visual and Multimedia Systems: Infrastructure of Audiovisual Services – Coding of Moving Video*, HIGH EFFICIENCY VIDEO CODING ITU-T REC. V.5 § 8.5.3.3.3.3 (February 2018).

129.    When generating a luma interpolation value the MaxLinear-Amino '376 Products generate correlation value based on the values of previous frame.  For example, for a luma sample location ($xL = 0..nPbW - 1$, $yL = 0..nPbH - 1$) the corresponding prediction luma sample values

(predSamplesLXL[ xL ][ yL ]) are derived using the following process which calculates a correlation value from the previous frame (refPixLXl).



*Series H: Audio Visual and Multimedia Systems: Infrastructure of Audiovisual Services – Coding of Moving Video,* HIGH EFFICIENCY VIDEO CODING ITU-T REC. v.5 § 8.5.3.3.3.1 (February 2018).

130.   The MaxLinear-Amino '376 Products contain functionality for generating luma sample values based on pixels adjacent to the area that is subject to interpolation form the basis for the first correlation value.



Oscar C. Au, HIGH EFFICIENCY VIDEO CODING (HEVC) PRESENTATION at 33 (October 2013).

131.   The MaxLinear-Amino '376 Products calculate a correlation value based on the neighborhood pixels as shown in the below excerpt from the HEVC specification.

132.    A correlation value is compared by the MaxLinear-Amino '376 Products to a threshold value.  Specifically, the HEVC Specification describes that the correlation value which is generated as part of the output of the interpolation process is the (nPbW)x(nPbH) array predSamplesLXL of prediction luma sample values.



Outputs of this process are:

–   an (nPbW)x(nPbH) array predSamplesLX$_L$ of prediction luma sample values

–   when ChromaArrayType is not equal to 0, two (nPbW / SubWidthC)x(nPbH / SubHeightC) arrays predSamplesLX$_{Cb}$ and predSamplesLX$_{Cr}$ of prediction chroma sample values.

The location ( xPb, yPb ) given in full-sample units of the upper-left luma samples of the current prediction block relative to the upper-left luma sample location of the given reference sample arrays is derived as follows:

$$xPb = xCb + xBl \qquad (8\text{-}214)$$

$$yPb = yCb + yBl \qquad (8\text{-}215)$$

Let ( xInt$_L$, yInt$_L$ ) be a luma location given in full-sample units and ( xFrac$_L$, yFrac$_L$ ) be an offset given in quarter-sample units. These variables are used only in this clause for specifying fractional-sample locations inside the reference sample arrays refPicLX$_L$, refPicLX$_{Cb}$ and refPicLX$_{Cr}$.

*Series H: Audio Visual and Multimedia Systems: Infrastructure of Audiovisual Services – Coding of Moving Video,* HIGH EFFICIENCY VIDEO CODING ITU-T REC. v.5 § 8.5.3.3.3.2 (February 2018).

133.    The interpolation process implemented by the MaxLinear-Amino '376 Products uses the values that are assigned as part of the interpolation process if they are above a certain threshold.

- The array rpRefSamplesLX$_L$ and, when ChromaArrayType is not equal to 0, the arrays rpRefSamplesLX$_{Cb}$ and rpRefSamplesLX$_{Cr}$ are derived as follows:

  - Let the reference sample array rpRefPicLX$_L$ correspond to the decoded sample array S$_L$ derived in clause 8.7 for the previously decoded picture rpRefPic.

  - When ChromaArrayType is not equal to 0, let the reference sample arrays rpRefPicLX$_{Cb}$ and rpRefPicLX$_{Cr}$ correspond to the decoded sample arrays S$_{Cb}$ and S$_{Cr}$, respectively, derived in clause 8.7 for the previously decoded picture rpRefPic.

  - The array rpRefSamplesLX$_L$ and, when ChromaArrayType is not equal to 0, the arrays rpRefSamplesLX$_{Cb}$ and rpRefSamplesLX$_{Cr}$ are derived by invoking the bilinear sample interpolation process specified in clause I.8.5.3.3.2 with the luma locations ( xCb, yCb ) and ( xBl, yBl ), the luma prediction block width nPbW, the luma prediction block height nPbH, the motion vector mvLX equal to ( mvLX + mvRp ), and, when ChromaArrayType is not equal to 0, the motion vector mvCLX equal to ( mvCLX + mvRpC ), the reference arrays with rpRefPicLX$_L$, and, when ChromaArrayType is not equal to 0, the arrays rpRefPicLX$_{Cb}$ and rpRefPicLX$_{Cr}$ as inputs.

*Series H: Audio Visual and Multimedia Systems: Infrastructure of Audiovisual Services – Coding of Moving Video*, HIGH EFFICIENCY VIDEO CODING ITU-T REC. V.5 § I.8.5.3.3.2 (February 2018).

134.    The MaxLinear-Amino '376 Products set the value of a pixel to be created within said generated field to be equal to the value of a corresponding pixel of said prior frame if the correlation value is less than a threshold value.  Specifically, the MaxLinear-Amino '376 Products use the pixel value of Ref0 or ReF2 (where Ref0 and Ref2 represent the prior and next frames in the video stream).  By way of example, the interpolation value will be discarded and the pixel value of a prior frame based on inter prediction would be used instead of the interpolated value.

*See Series H: Audio Visual and Multimedia Systems: Infrastructure of Audiovisual Services – Coding of Moving Video,* HIGH EFFICIENCY VIDEO CODING ITU-T REC. V.5 § 8.5.3.3.2 (February 2018).

135.    The frames are then processed by the MaxLinear-Amino '376 Products using both motion compensation and motion estimation.  The motion compensation functionality used by the MaxLinear-Amino '376 Products include quarter-sample precision for the motion vectors and 7-tap or 8-tap filters that are used for interpolation of fractional-sample positions.



*Standardized Extensions of High Efficiency Video Coding (HEVC)*, IEEE JOURNAL OF SELECTED TOPICS IN SIGNAL PROCESSING, VOL. 7, NO. 6 at 1002 (December 2013) (emphasis added) (the annotations showing (1) intra-picture prediction, (2) motion compensation, and (3) motion estimation).

136.   The MaxLinear-Amino '376 Products calculate a correlation value from the values of causal neighbor pixels of a generated field and from the values of corresponding neighbor pixels of a next field.

> It can be seen from Fig. 5.4b that <u>only motion vectors from spatial neighboring blocks to the left and above the current block are considered as spatial MVP candidates</u>. This can be explained by the fact that the blocks to the right and below the current block are not yet decoded and hence, their motion data is not available. Since the co-located picture is a reference picture which is already decoded, it is possible to also consider motion data from the block at the same position, from blocks to the right of the co-located block or from the blocks below. In HEVC, the block to the bottom right and at the center of the current block have been determined to be the most suitable to provide a good temporal motion vector predictor (TMVP).

Benjamin Bross, *et al., Inter-picture prediction in HEVC,* in HIGH EFFICIENCY VIDEO CODING (HEVC) at 119 (2014) (emphasis added).

137.   The MaxLinear-Amino '376 Products compare the correlation value with a threshold value.

> Motion estimation compares <u>the current prediction unit (PU)</u> with <u>the spatially neighboring PUs</u> in the reference frames, and chooses the one with the least

difference to the current PU.  The displacement between <u>the current PU</u> and <u>the matching PU</u> in the reference frames is signaled using <u>a motion vector</u>.

Sung-Fang Tsai, *et al., Encoder Hardware Architecture for HEVC*, HIGH EFFICIENCY VIDEO CODING (HEVC) at 347 (September 2014) (emphasis added).

138.    The MaxLinear-Amino '376 Products set the value of a pixel to be created within the generated field to be equal to the value of a corresponding pixel of the next field if the correlation value is less than the threshold value.

139.    MaxLinear and Amino have directly infringed and continue to directly infringe the '376 Patent by, among other things, making, using, offering for sale, and/or selling technology for motion compensated upconversion in a video image that uses motion compensation to generate an interpolated video field using motion vectors, including but not limited to the MaxLinear-Amino '376 Products.

140.    By complying with the HEVC standard, the MaxLinear-Amino '376 Products necessarily infringe the '376 Patent.  The mandatory sections of the HEVC standard require the elements required by certain claims of the '376 Patent, including but not limited to claim 19 of the '376 Patent.  *High Efficiency Video Coding*, SERIES H: AUDIOVISUAL AND Multimedia SYSTEMS: INFRASTRUCTURE OF AUDIOVISUAL SERVICES – CODING OF MOVING VIDEO REC. ITU-T H.265 (February 2018) (The following sections of the HEVC Standard are relevant to MaxLinear and Amino's infringement of the '376 patent: "8.3.2 Decoding process for reference picture set;" "8.5.4 Decoding process for the residual signal of coding units coded in inter prediction mode;" "8.6 Scaling, transformation and array construction process prior to deblocking filter process;" "8.5.2 Inter prediction process;" "8.5.3 Decoding process for prediction units in inter prediction mode;" and "8.7.2 Deblocking filter process;" "8.7.3 Sample adaptive offset process.").

141.    By making, using, testing, offering for sale, and/or selling products and services for motion compensated upconversion in a video image that uses motion compensation to generate an

interpolated video field using motion vectors, including but not limited to the MaxLinear-Amino '376 Products, MaxLinear and Amino have injured Dynamic Data and are liable to the Plaintiff for directly infringing one or more claims of the '376 Patent, including at least claim 19 pursuant to 35 U.S.C. § 271(a).

142.     MaxLinear and Amino have also indirectly infringed the '376 Patent by actively inducing infringement under 35 U.S.C. § 271(b).

143.     MaxLinear and Amino have had knowledge of the '376 Patent since at least service of this Complaint or shortly thereafter, and on information and belief, MaxLinear and Amino knew of the '376 Patent and knew of their infringement, including by way of this lawsuit.

144.     MaxLinear intended to induce patent infringement by third-party customers and users of the MaxLinear-Amino '376 Products and had knowledge that the inducing acts would cause infringement or was willfully blind to the possibility that its inducing acts would cause infringement.  MaxLinear specifically intended and was aware that the normal and customary use of the accused products would infringe the '376 Patent.  MaxLinear performed the acts that constitute induced infringement, and would induce actual infringement, with knowledge of the '376 Patent and with the knowledge that the induced acts would constitute infringement.  For example, MaxLinear provides the MaxLinear-Amino '376 Products that have the capability of operating in a manner that infringe one or more of the claims of the '376 Patent, including at least claim 19, and MaxLinear further provides documentation and training materials that cause customers and end users of the MaxLinear-Amino '376 Products to utilize the products in a manner that directly infringe one or more claims of the '376 Patent. [27]  By providing instruction and training

---

[27] *See, e.g.*, *See, e.g.*, *MaxLinear's New Low-Cost USB Dongle Reference Design Brings Broadcast HDTV to Latin American Consumers*, MAXLINEAR PRESS RELEASE (August 14, 2014); *Reference Design from MaxLinear and STMicroelectronics to Speed Multi-Channel Ultra HD HEVC*

to customers and end-users on how to use the MaxLinear-Amino '376 Products in a manner that directly infringes one or more claims of the ''376 Patent, including at least claim 19, MaxLinear specifically intended to induce infringement of the '376 Patent.  MaxLinear engaged in such inducement to promote the sales of the MaxLinear-Amino '376 Products, e.g., through MaxLinear user manuals, product support, marketing materials, and training materials to actively induce the users of the accused products to infringe the '376 Patent.  Accordingly, MaxLinear has induced and continues to induce users of the accused products to use the accused products in their ordinary and customary way to infringe the '376 Patent, knowing that such use constitutes infringement of the '376 Patent.

145.   Amino intended to induce patent infringement by third-party customers and users of the MaxLinear-Amino '376 Products and had knowledge that the inducing acts would cause infringement or was willfully blind to the possibility that its inducing acts would cause infringement.  Amino specifically intended and was aware that the normal and customary use of the accused products would infringe the '376 Patent.  Amino performed the acts that constitute induced infringement, and would induce actual infringement, with knowledge of the '376 patent and with the knowledge that the induced acts would constitute infringement.  For example, Amino provides the MaxLinear-Amino '376 Products that have the capability of operating in a manner that infringe one or more of the claims of the '376 Patent, including at least claim 19, and Amino further provides documentation and training materials that cause customers and end users of the

---

*Satellite STB & Gateway Deployments,* MAXLINEAR PRESS RELEASE (April 3, 2014); *Reference Design from MaxLinear and Realtek Targets 4K Ultra HD PVR Set-Top Box Market for Satellite Pay-TV Operators*, MAXLINEAR PRESS RELEASE (September 10, 2016); *MxL692 Single-Chip ATSC/QAM Tuner and Demodulator*, MAXLINEAR PRODUCT BRIEF (September 2019); *MxL241SF Digital Cable Silicon Tuner + QAM Demodulator SoC*, MAXLINEAR PRODUCT BRIEF (2009); and *MaxLinear's Hybrid Satellite-Terrestrial Solution Presentation*, MAXLINEAR PRESENTATION AT THE CONSUMER ELECTRONICS SHOW 2014 (January 27, 2014).

MaxLinear-Amino '376 Products to utilize the products in a manner that directly infringe one or more claims of the '376 Patent. [28]  By providing instruction and training to customers and end-users on how to use the MaxLinear-Amino '376 Products in a manner that directly infringes one or more claims of the '376 Patent, including at least claim 19, Amino specifically intended to induce infringement of the '376 Patent.  Amino engaged in such inducement to promote the sales of the MaxLinear-Amino '376 Products, e.g., through Amino user manuals, product support, marketing materials, and training materials to actively induce the users of the accused products to infringe the '376 Patent.  Accordingly, Amino has induced and continues to induce users of the accused products to use the accused products in their ordinary and customary way to infringe the '376 Patent, knowing that such use constitutes infringement of the '376 patent.

146.    The '376 Patent is well-known within the industry as demonstrated by multiple citations to the '376 Patent in published patents and patent applications assigned to technology companies and academic institutions.  MaxLinear and Amino are utilizing the technology claimed in the '376 Patent without paying a reasonable royalty.  MaxLinear and Amino are infringing the '376 Patent in a manner best described as willful, wanton, malicious, in bad faith, deliberate, consciously wrongful, flagrant, or characteristic of a pirate.

---

[28]  *See, e.g.*, *Aria 6 Technical Specifications*, AMINO WEBSITE, available at: https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019); *4K Ultra HD & HEVC: Drive Customer Loyalty And Engagement With Vivid Details Of 4K Ultra HD*, AMINO WEBSITE, available at: https://www.aminocom.com/solutions/4k-ultrahd-hevc (last visited November 2019); *Aria 6 Key Features*, AMINO WEBSITE, available at: https://www.aminocom.com/products/amino-vu/client-devices/aria-6 (last visited November 2019); *Amino Unveils New 6 Series Range – A Comprehensive Portfolio Of 4K Ultra HD And HEVC Hybrid TV Devices,* AMINO PRESS RELEASE (January 21, 2016); *Aria 6 User Guide*, AMINO DOCUMENTATION (2018); *Aria 6 View CD C- Client Devices*, AMINO DOCUMENTATION (2016); and *Aria 7 User Guide,* AMINO DOCUMENTATION (2018).

147.   To the extent applicable, the requirements of 35 U.S.C. § 287(a) have been met with respect to the '376 patent.  As a result of MaxLinear and Amino's  infringement of the '376 Patent, Dynamic Data has suffered monetary damages, and seeks recovery in an amount adequate to compensate for MaxLinear and Amino's infringement, but in no event less than a reasonable royalty for the use made of the invention by MaxLinear and Amino with interest and costs as fixed by the Court.

**PRAYER FOR RELIEF**

WHEREFORE, Dynamic Data respectfully requests that this Court enter:

A.   A judgment in favor of Dynamic Data that Defendants' MaxLinear and Amino have infringed, either literally and/or under the doctrine of equivalents, the '944 and '376 Patents;

B.   An award of damages resulting from Defendants' acts of infringement in accordance with 35 U.S.C. § 284;

C.   A judgment and order finding that Defendants' infringement was willful, wanton, malicious, bad-faith, deliberate, consciously wrongful, flagrant, or characteristic of a pirate within the meaning of 35 U.S.C. § 284 and awarding to Dynamic Data enhanced damages.

D.   A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Dynamic Data its reasonable attorneys' fees against Defendants.

E.   Any and all other relief to which Dynamic Data may show themselves to be entitled.

## JURY TRIAL DEMANDED

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Dynamic Data Technologies, LLC

requests a trial by jury of any issues so triable by right.

Dated:  November 12, 2019                    BAYARD, P.A.

OF COUNSEL:                                  */s/ Stephen B. Brauerman*
                                             Stephen B. Brauerman (#4952)
Dorian S. Berger                             600 N. King Street, Suite 400
Daniel P. Hipskind                           P.O. Box 25130
Eric B. Hanson                               Wilmington, Delaware 19801
BERGER & HIPSKIND LLP                        (302) 655-5000
9538 Brighton Way, Ste. 320                  sbrauerman@bayardlaw.com
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508                      *Attorneys for Plaintiff*
dsb@bergerhipskind.com                       *Dynamic Data Technologies, LLC*
dph@bergerhipskind.com
ebh@bergerhipskind.com